IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY L. MORGAN, T/A/D/B/A<br>CONCEPTS RESIDENTIAL<br>DESIGN COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HAWTHORNE HOMES, INC., and<br>HOWARD HANNA CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04- 1809<br>)<br>)<br>)<br>)<br>) |

ORDER

AND NOW, to-wit, this __14th__ day of May. 2007, for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the letters attached as Exhibits 14 and Exhibit 15 are not admissible because they cannot be authenticated.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge