**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RANDY L. MORGAN, T/A/D/B/A )
CONCEPTS RESIDENTIAL )
DESIGN COMPANY, )
                                )
      **Plaintiff,** )
                                )
      **v.** ) **Civil Action No. 04- 1809**
                                )
HAWTHORNE HOMES, INC., and )
HANNA HOLDINGS, )
                                )
      **Defendants.** )

## ORDER

AND NOW, to-wit, this _**14**_ day of April, 2009, for the reasons stated in the accompanying opinion filed contemporaneously hereto, it is hereby ORDERED, ADJUDGED and DECREED THAT:

1). Plaintiff's Motion for Partial Summary Judgment (doc. 48) be and the same is hereby DENIED.

2) Defendant Hawthorne Homes' Motion for Summary Judgment (Doc. 58) be and the same is hereby GRANTED IN PART AND DENIED IN PART, as more fully stated in the accompanying Opinion.

3) Hanna Holdings' Motion for Summary Judgment (Doc. 61) be and the same is hereby GRANTED.

4.) Plaintiff's "Motion to Consolidate" (Doc. 170) be and the same is hereby DENIED WITHOUT PREJUDICE.

5.) Plaintiff's "Motion for Leave to Amend the Complaint, Sever the Amended Claims, and Join the Severed Claims with the Related Action filed Under Civil Action 07-803 with direction that the Filing Date of the Newly Joined Claims will Related Back to the Filing Date of Civil Action 04-CV-1809" (Doc. 166) be and the same is hereby DENIED.

Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record

38