IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY L. MORGAN, T/A/D/B/A CONCEPTS RESIDENTIAL DESIGN COMPANY, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-1809 |
| HAWTHORNE HOMES, INC., and HANNA HOLDINGS, INC., | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT ORDER

AND NOW, to-wit, this 14th day of April, 2009, for the reasons stated in the accompanying opinion and order filed contemporaneously herewith, it is hereby ORDERED, ADJUDGED and DECREED THAT JUDGMENT is hereby ENTERED in favor of Defendant Hanna Holdings, Inc. and against the Plaintiff, Randy L. Morgan, t/a/d/b/a Concepts Residential Design Company.

/s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Judge

cc: record counsel